750 A.2d 772

IN THE MATTER OF JAMES P. TUTT, AN ATTORNEY AT LAW.

May 19, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **JAMES P. TUTT** of **NEWARK**, who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.4(b) (failure to explain a matter to a client), *RPC* 1.15(b) (failure to promptly deliver funds or property) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **JAMES P. TUTT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.